# Exhibit A

**Maryellen O'Shaughnessy**
**Franklin County Clerk of Courts**

Case Information Online

| Last Name: | | First Name: | | Middle Init: | | Court: | All ▼ | | Case: 19 | CV ▼ | 000625 | | Search |

☐ Advanced Search        ☐ Email Updates

# CIVIL CASE DETAIL

| Previous Case | | Next Case |

| **CASE NUMBER** | **TYPE of CASE** | | **STATUS** | **DATE FILED** |
| 19 CV 000625 | PERSONAL INJURY | | ACTIVE | 01/23/2019 |

**JUDGE**
STEPHEN L MCINTOSH

**COURTROOM**
COURTROOM 4B
345 SOUTH HIGH STREET
4TH FLOOR
COLUMBUS, OH 43215

### PLAINTIFF(S)

| Name | Attorney |
| ⊞ STEPHEN BREWER | THOMAS J WALSH |

### DEFENDANT(S)

| Name | Attorney |
| ⊞ UNITED SEATING MOBILITY LLC | NO ATTORNEY ON RECORD |
| ⊞ JOHN DOE THREE | NO ATTORNEY ON RECORD |
| ⊞ JOHN DOE TWO | NO ATTORNEY ON RECORD |
| ⊞ JOHN DOE ONE | NO ATTORNEY ON RECORD |
| ⊞ PERMOBIL MEDITECH INC | NO ATTORNEY ON RECORD |
| ⊞ NUMOTION | NO ATTORNEY ON RECORD |
| ⊞ ATG-CONNECTICUT INC | NO ATTORNEY ON RECORD |
| ⊞ JOHN DOES EIGHT THROUGH TEN | NO ATTORNEY ON RECORD |
| ⊞ JOHN DOES FIVE THROUGH SEVEN | NO ATTORNEY ON RECORD |
| ⊞ JOHN DOE FOUR | NO ATTORNEY ON RECORD |

### ⊟ CASE SCHEDULE

| Date | Description |
| 01/23/19 | CASE FILED |
| ******** | INITIAL STATUS CONFERENCE |
| 06/12/19 | INITIAL JOINT DISCLOSURE OF ALL WITNESSES |
| 08/07/19 | SUPPLEMENTAL JOINT DISCLOSURE OF ALL WITNESSES |
| 10/30/19 | DISPOSITIVE MOTIONS |
| 11/13/19 | DISCOVERY CUT-OFF |
| 12/25/19 | DECISIONS ON MOTIONS |
| ******** | FINAL PRE-TRIAL CONFERENCE/ORDER (OR BOTH) |
| 01/22/20 | TRIAL ASSIGNMENT |

### DOCKET

Show All Descriptions      Select Docket Category    All ▼

| Date | Description | Image | Fiche | Frame | Pages |
|------|-------------|-------|-------|-------|-------|
| ⊞ 02/05/19 | SERVICE COMPLETE - CERTIFIED MAIL | 🗎 | E3007 | V51 | 1 |
| ⊞ 02/05/19 | SERVICE COMPLETE - CERTIFIED MAIL | 🗎 | E3007 | V50 | 1 |
| ⊞ 02/05/19 | SERVICE COMPLETE - CERTIFIED MAIL | 🗎 | E3007 | V49 | 1 |
| ⊞ 02/05/19 | SERVICE COMPLETE - CERTIFIED MAIL | 🗎 | E3007 | V48 | 1 |
| ⊞ 02/05/19 | SERVICE COMPLETE - CERTIFIED MAIL | 🗎 | E3007 | V47 | 1 |
| ⊞ 02/05/19 | SERVICE COMPLETE - CERTIFIED MAIL | 🗎 | E3007 | V46 | 1 |
| ⊞ 02/05/19 | SERVICE COMPLETE - CERTIFIED MAIL | 🗎 | E3007 | V45 | 1 |
| ⊞ 02/05/19 | SERVICE COMPLETE - CERTIFIED MAIL | 🗎 | E3007 | V44 | 1 |
| ⊞ 01/30/19 | ORIGINAL COPY OF FAILURE OF SERVICE NOTICE FILED | | | | |
| ⊞ 01/30/19 | ORIGINAL COPY OF FAILURE OF SERVICE NOTICE FILED | | | | |
| ⊞ 01/30/19 | SERVICE FAILED - CERTIFIED | 🗎 | E3007 | L45 | 1 |
| ⊞ 01/30/19 | SERVICE FAILED - CERTIFIED | 🗎 | E3007 | L44 | 1 |
| ⊞ 01/24/19 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 🗎 | E3003 | B93 | 1 |
| ⊞ 01/24/19 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 🗎 | E3003 | B92 | 1 |
| ⊞ 01/24/19 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 🗎 | E3003 | B91 | 1 |
| ⊞ 01/24/19 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 🗎 | E3003 | B90 | 1 |
| ⊞ 01/24/19 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 🗎 | E3003 | B89 | 1 |
| ⊞ 01/24/19 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 🗎 | E3003 | B88 | 1 |
| ⊞ 01/24/19 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 🗎 | E3003 | B87 | 1 |
| ⊞ 01/24/19 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 🗎 | E3003 | B86 | 1 |
| ⊞ 01/24/19 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 🗎 | E3003 | B85 | 1 |
| ⊞ 01/24/19 | PROOF OF SERVICE ISSUED - CERTIFIED MAIL | 🗎 | E3003 | B84 | 1 |
| 01/24/19 | SUMMONS ISSUED | 🗎 | E3003 | A51 | 1 |
| 01/24/19 | SUMMONS ISSUED | 🗎 | E3003 | A50 | 1 |
| 01/24/19 | SUMMONS ISSUED | 🗎 | E3003 | A49 | 1 |
| 01/24/19 | SUMMONS ISSUED | 🗎 | E3003 | A48 | 1 |
| 01/24/19 | SUMMONS ISSUED | 🗎 | E3003 | A47 | 1 |
| 01/24/19 | SUMMONS ISSUED | 🗎 | E3003 | A46 | 1 |
| 01/24/19 | SUMMONS ISSUED | 🗎 | E3003 | A45 | 1 |
| 01/24/19 | SUMMONS ISSUED | 🗎 | E3003 | A44 | 1 |
| 01/24/19 | SUMMONS ISSUED | 🗎 | E3003 | A43 | 1 |
| 01/24/19 | SUMMONS ISSUED | 🗎 | E3003 | A42 | 1 |
| ⊞ 01/23/19 | APPLIED - E-FILING CHARGE | 🗎 | | 00 | |

| | | | | | |
|---|---|---|---|---|---|
| ⊞ 01/23/19 | APPLIED - DAILY REPORTER | | | | 00 |
| ⊞ 01/23/19 | SECURITY DEPOSIT RECEIVED | | | | 00 |
| ⊞ 01/23/19 | APPLIED - DEPOSIT FOR COSTS | | | | 00 |
| ⊞ 01/23/19 | APPLIED - CLERK | | | | 00 |
| ⊞ 01/23/19 | APPLIED - COURT COMPUTERIZATION | | | | 00 |
| ⊞ 01/23/19 | APPLIED - SPECIALTY DOCKET FUND | | | | 00 |
| ⊞ 01/23/19 | APPLIED - COMPUTERIZED RESEARCH LEGAL FEES | | | | 00 |
| ⊞ 01/23/19 | APPLIED - LEGAL AID | | | | 00 |
| ⊞ 01/23/19 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0E497 | J50 | 2 |
| ⊞ 01/23/19 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0E497 | J50 | 2 |
| ⊞ 01/23/19 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0E497 | J50 | 2 |
| ⊞ 01/23/19 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0E497 | J50 | 2 |
| ⊞ 01/23/19 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0E497 | J50 | 2 |
| ⊞ 01/23/19 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0E497 | J50 | 2 |
| ⊞ 01/23/19 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0E497 | J50 | 2 |
| ⊞ 01/23/19 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0E497 | J50 | 2 |
| ⊞ 01/23/19 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0E497 | J50 | 2 |
| ⊞ 01/23/19 | REQUEST FOR SERVICE - CERTIFIED MAIL | | 0E497 | J50 | 2 |
| 01/23/19 | CASE INFORMATION SHEET | | 0E497 | J49 | 1 |
| 01/23/19 | COMPLAINT FILED | | 0E497 | J36 | 13 |
| ⊞ 01/23/19 | APPEARANCE FILED | | | | |
| ⊞ 01/23/19 | APPEARANCE FILED | | | | |
| 01/23/19 | JURY DEMAND - PLAINTIFF | | 0E497 | J36 | 13 |
| 01/23/19 | CLERKS ORIGINAL CASE SCHEDULE FILED | | 0E497 | J52 | 1 |
| ⊞ 01/23/19 | JUDGE ASSIGNED - ORIGINAL | | | | |
| ⊞ 01/23/19 | HEARING/EVENT SCHEDULED | | | | |

0E497 - J52

# MARYELLEN O'SHAUGHNESSY

## FRANKLIN COUNTY CLERK OF COURTS
## GENERAL DIVISION, COURT OF COMMON PLEAS

### STEPHEN L MCINTOSH

CASE TITLE:  STEPHEN BREWER -VS- UNITED SEATING MOBILITY LLC  CASE NUMBER: 19CV000625 ET AL

## CLERK'S ORIGINAL CASE SCHEDULE

|  | LATEST TIME OF OCCURRENCE |
|---|---|
| TRIAL ASSIGNMENT | 01/22/20 1030AM |
| CASE FILED | 01/23/19 |
| INITIAL STATUS CONFERENCE | ******** |
| INITIAL JOINT DISCLOSURE OF ALL WITNESSES | 06/12/19 |
| SUPPLEMENTAL JOINT DISCLOSURE OF ALL WITNESSES | 08/07/19 |
| DISPOSITIVE MOTIONS | 10/30/19 |
| DISCOVERY CUT-OFF | 11/13/19 |
| DECISIONS ON MOTIONS | 12/25/19 |
| FINAL PRE-TRIAL CONFERENCE/ORDER (OR BOTH) | ******** |

0E497 - J36

IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO

| | |
|---|---|
| STEPHEN BREWER<br>7308 CAY DRIVE<br>PORT RICHEY, FL 34668 | CASE NO.<br><br>JUDGE |
|     Plaintiff, | |
| vs. | **COMPLAINT** |
| UNITED SEATING AND MOBILITY,<br>L.L.C.<br>DBA "NUMOTION"<br>975 HORNET DRIVE<br>SUITE 250<br>HAZELWOOD, MO 63042 | TYPE: PERSONAL INJURY,<br>NEGLIGENCE, PRODUCT LIABILITY,<br>PREMISES LIABILITY |
| and | **REQUEST FOR SERVICE AND**<br>**SUMMONS** |
| ATG-CONNECTICUT, INC.<br>DBA "NUMOTION"<br>1111 CROMWELL AVENUE<br>SUITE 601<br>ROCKY HILL, CT 06067 | **JURY DEMAND ENDORSED HEREON** |
| and | |
| NUMOTION<br>1111 CROMWELL AVENUE<br>ROCKY HILL, CT 06067 | |
| and | |
| PERMOBIL MEDITECH, INC.<br>C/O THE COMPANY CORPORATION<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 | |
| and | |
| JOHN DOE #1 (BUSINESS ENTITY<br>DOING BUSINESS AT 6171-M | |

0E497 - J37

HUNTLEY ROAD, COLUMBUS, OH
43229-1047, BUT WHOSE TRUE
IDENTITY IS UNKNOWN AND COULD
NOT BE DETERMINED THROUGH
THE EXERCISE OF DUE DILIGENCE)
6171-M HUNTLEY ROAD
COLUMBUS, OH 43229-1047

and

JOHN DOE #2 (AGENT WHO WAS
PERFORMING TASKS FOR THE
BENEFIT AND/OR ON BEHALF OF
THE BUSINESS ENTITY LOCATED AT
6171-M HUNTLEY ROAD,
COLUMBUS, OH 43229-1047, BUT
WHOSE TRUE IDENTITY AND
ADDRESS IS UNKNOWN AND COULD
NOT BE DETERMINED THROUGH
THE EXERCISE OF DUE DILIGENCE)
6171-M HUNTLEY ROAD
COLUMBUS, OH 43229-1047

and

JOHN DOE #3 (OWNER OF THE
SUBSTITUTE WHEELCHAIR, WHOSE
TRUE IDENTITY AND ADDRESS IS
UNKNOWN AND COULD NOT BE
DETERMINED THROUGH THE
EXERCISE OF DUE DILIGENCE)
6171-M HUNTLEY ROAD
COLUMBUS, OH 43229-1047

and

JOHN DOE #4 (PERSON AND/OR
ENTITY RESPONSIBLE FOR
MAINTAINING THE SUBSTITUTE
WHEELCHAIR, WHOSE TRUE
IDENTITY AND ADDRESS IS
UNKNOWN AND COULD NOT BE
DETERMINED THROUGH THE
EXERCISE OF DUE DILIGENCE)
6171-M HUNTLEY ROAD
COLUMBUS, OH 43229-1047

2

Case: 2:19-cv-00671-GCS-KAJ Doc #: 1-2 Filed: 02/25/19 Page: 9 of 112 PAGEID #: 17
Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Jan 23 12:39 PM-19CV000625
0E497 - J38

and

JOHN DOES #5 THROUGH #7
(MANUFACTURERS OF THE
SUBSTIUTE WHEELCHAIR WHOSE
TRUE IDENTITIES AND ADDRESSES
ARE UNKNOWN AND COULD NOT BE
DETERMINED THROUGH THE
EXERCISE OF DUE DILIGENCE)

and

JOHN DOES #8 THROUGH #10
(SELLERS/SUPPLIERS OF THE
SUBSTITUTE WHEELCHAIR WHOSE
TRUE IDENTITIES AND ADDRESSES
ARE UNKNOWN AND COULD NOT BE
DETERMINED THROUGH THE
EXERCISE OF DUE DILIGENCE)

      Defendants.

Now comes the Plaintiff, by and through undersigned counsel, and for his Complaint he states as follows:

## PARTIES, JURISDICTION AND VENUE

1.     Plaintiff, Stephen Brewer, (*hereinafter* "Brewer") resided at 828 Bellows Avenue, Columbus, Ohio 43223, at the time of the subject incident, but currently resides at 7308 Cay Drive, Port Richey, Florida 34668.

2.     Defendants, United Seating and Mobility, L.L.C., ATG-Connecticut, Inc., Numotion (*hereinafter* these three defendants will collectively be referred to as "Numotion"), and/or John Doe #1 (a business entity doing business at 6171-M Huntley Road, Columbus, OH 43229-1047, but whose true identity is unknown to the Plaintiff and could not be determined

3

Case: 2:19-cv-00671-GCS-KAJ Doc #: 1-2 Filed: 02/25/19 Page: 10 of 112 PAGEID #: 18
Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Jan 23 12:39 PM-19CV000625
0E497 - J39

through the exercise of due diligence) is/are business entities conducting business in Ohio involving customized wheelchairs.

3.　At all relevant times herein, Defendants, John Does #2 through #4 (whose names and addresses are unknown to the Plaintiff and could not be ascertained after due diligence), were employees, agents, or contractors of Defendants, Numotion and/or John Doe #1.

4.　At all relevant times herein, Defendants, Numotion, Permobil Meditech, Inc., John Doe #1, John Doe #3, John Doe #4, and/or John Does #8 through #10 (whose names and addresses are unknown to the Plaintiff and could not be ascertained after due diligence), sold, distributed, leased, prepared, labeled, and/or maintained the subject substitute wheelchair provided to Brewer by Numotion and/or John Doe #1, by and through its agents and/or employees.

5.　At all relevant times herein, Defendants, Permobil Meditech, Inc. and/or John Does #5 through #7 (whose names and addresses are unknown to the plaintiff and could not be ascertained after due diligence), were designers, producers, assemblers, and/or manufacturers of the subject substitute wheelchair, and/or its component parts, provided to Brewer by Numotion and/or John Doe #1, by and through its agents and/or employees.

6.　John Doe Defendants, presently unknown, will in no way be prejudiced in the maintenance of their defense on the merits within the meaning of Rule 15(D) of the Ohio Rules of Civil Procedure because of their constructive or actual notice of the institution of this case. Except for the inability of Brewer to discover the name of these Defendants, this action would be brought against them in their proper, true, and exact name and capacity, and said information will be provided by Brewer when such information becomes fully known to him.

Case: 2:19-cv-00671-GCS-KAJ Doc #: 1-2 Filed: 02/25/19 Page: 11 of 112 PAGEID #: 19
Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Jan 23 12:39 PM-19CV000625
0E497 - J40

7.     Brewer was injured on February 15, 2017, in Franklin County, Ohio, when he fell from a wheelchair as a direct and proximate result of one or more of the Defendants' breach of duty and/or negligence.

<u>**GENERAL ALLEGATIONS**</u>

8.     Brewer realleges all paragraphs above as though fully rewritten herein.

9.     Brewer was wheelchair-bound after suffering traumatic injuries that resulted in quadriplegia, and on or about February 15, 2017, he was a business invitee on the premises of Defendant, Numotion and/or John Doe #1, located at 6171-M Huntley Road, Columbus, OH 43229, for the purpose of having his wheelchair repaired.

10.     Numotion and/or John Doe #1, by and through its agents and/or employees, agreed to repair Brewer's wheelchair and took temporary possession of said wheelchair in order to perform repairs.

11.     It was the practice of Numotion and/or John Doe #1, by and through its agents and/or employees, to provide substitute wheelchairs to customers, such as Brewer, while said customers' wheelchairs were being repaired.

12.     On or about February 15, 2017, Numotion and/or John Doe #1, by and through its agents and/or employees, provided Brewer with a substitute wheelchair (*hereinafter* referred to as the "substitute wheelchair") to use while Numotion and/or John Doe #1 repaired Brewer's wheelchair.

13.     The substitute wheelchair given to Brewer by Numotion and/or John Doe #1, by and through its agents and/or employees, was manufactured and/or sold by Permobil Meditech, Inc., and/or John Does #5 through #7.

14.     The substitute wheelchair included component parts manufactured and/or sold by Permobil Meditech, Inc., and/or John Does #5 through #7.

5

Case: 2:19-cv-00671-GCS-KAJ Doc #: 1-2 Filed: 02/25/19 Page: 12 of 112 PAGEID #: 20
Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Jan 23 12:39 PM-19CV000625
0E497 - J41

15.    The substitute wheelchair was sold, assembled, and/or maintained by Numotion Permobil Meditech, Inc.,and/or John Does #1 through #10.

16.    Brewer asserts that, after being placed in the substitute wheelchair by Numotion and/or John Doe #1, by and through its agents and/or employees, and while he was still on the premises of Numotion and/or John Doe #1, he began properly operating the substitute wheelchair and the substitute wheelchair and/or its component parts malfunctioned causing his body to fall from the wheelchair.

17.    As a proximate result of the fall and of the Defendants' negligence, Brewer suffered injuries to his mind and body, causing pain, suffering, and mental anguish, and he will continue to suffer said pain, suffering, and mental anguish into the future and upon a permanent basis.

18.    As a further result, Brewer incurred and will continue to incur economic loss including but not limited to medical and hospital expenses and expects to incur such expenses in the future.

19.    As a direct result of his injuries, Brewer has suffered and will continue to suffer non-economic damages including but not limited to physical, mental and emotional pain and suffering, loss of ability to perform everyday activities, loss of enjoyment of life, and inconvenience.

## FIRST CAUSE OF ACTION
### (Negligence/Respondeat Superior)

20.    Brewer realleges all paragraphs above as though fully rewritten herein.

21.    Defendants, John Doe #2 and/or John Doe #4, while within the scope of their employment with Numotion and/or John Doe #1, failed to exercise reasonable care and were negligent in and among other things:

6

    a.     Failing to insure that the substitute wheelchair and its component parts were in working order prior to use;

    b.     Failing to insure that Brewer and was properly secured in the substitute wheelchair after lowering him;

    c.     Failing to adequately assist Brewer in the operation of the substitute wheelchair;

22.     As a direct and proximate result of these Defendants' negligence, Brewer suffered those injuries and damages previously set forth in this Complaint.

## SECOND CAUSE OF ACTION
### (Negligent Hiring/Training/Supervision/Retention)

23.     Brewer realleges all paragraphs above as though fully rewritten herein.

24.     Numotion and/or John Doe #1 owed Brewer, their customer, a duty to hire competent employees, ensure those employees were properly trained, adequately supervise the employee's performance, and to terminate employment if the employees intentionally or chronically breached rules or procedures in place to ensure the safety of customers like Brewer.

25.     Numotion and/or John Doe #1 were negligent in hiring, training, supervising, and/or retaining John Doe #2 and/or John Doe #4.

26.     As a direct and proximate result of these Defendants' negligence, Brewer suffered those injuries and damages previously set forth in this Complaint.

## THIRD CAUSE OF ACTION
### (Negligent Bailment/Negligence)

27.     Brewer realleges all paragraphs above as though fully rewritten herein.

7

0E497 - J43

28.     Numotion, Permobil Meditech, Inc., John Doe #1, and/or John Does #3 through #10, owner of the substitute wheelchair, owned, lent, and/or leased the substitute wheelchair that was given to Brewer on February 15, 2017.

29.     Numotion, Permobil Meditech, Inc., John Doe #1, and/or John Does #3 through #10 knew or should have known that the substitute wheelchair was to be provided to disabled customers, such as Brewer, who would rely on the wheelchair for safe mobility.

30.     Numotion, Permobil Meditech, Inc., John Doe #1, and/or John Does #3 through #10, knew that, if the substitute wheelchair they provided was not safe for its intended use, then customers like Brewer would be at risk of injury.

31.     Numotion, Permobil Meditech, Inc., John Doe #1, and/or John Does #3 through #10 were negligent in and among other things:

a.      Providing Brewer with a defective and/or unsafe substitute wheelchair;

b.      Failing to inspect the substitute wheelchair to ensure it was safe for its intended purpose;

c.      Failing to maintain or repair the substitute wheelchair;

d.      Failing to establish adequate policies or procedures to verify that substitute wheelchairs provided to customers, like Brewer, were safe for their intended purpose.

32.     As a direct and proximate result of these Defendants' negligence, Brewer suffered those injuries and damages previously set forth in this Complaint.

## FOURTH CAUSE OF ACTION
### (Negligent Assembly/Negligent Maintenance)

33.     Brewer realleges all paragraphs above as though fully rewritten herein.

8

34. Numotion, Permobil Meditech, Inc., and/or John Does #1 through #10, assembled and/or maintained the substitute wheelchair and/or its component parts which was used by Brewer on February 15, 2017.

35. Numotion, Permobil Meditech, Inc., and/or John Does #1 through #10, knew or should have known that customers of Numotion and/or John Doe #1, such as Brewer, would rely on substitute wheelchairs for safe use and mobility.

36. Numotion, Permobil Meditech, Inc., and/or John Does #1 through #10, knew or should have known that, when providing customers with a substitute wheel chair, if they selected an inadequate wheelchair, failed to assemble the wheelchair properly, or failed to adequately maintain the wheelchair, then the customers of Numotion and/or John Doe #1 who were provided with said substitute wheelchairs, including Brewer, would be at risk of injury.

37. Numotion, Permobil Meditech, Inc., and/or John Does #1 through #10, were negligent in and among other things:

    a.    Selecting a substitute wheelchair that was improper and/or inadequate for its intended use;

    b.    Failing to assemble and/or maintain the substitute wheel chair and/or its component parts in accordance with regulatory and/or industry standards;

38. As a direct and proximate result of these Defendants' negligence, Brewer suffered those injuries and damages previously set forth in this Complaint.

## FIFTH CAUSE OF ACTION
### (Product Liability)

39. Brewer realleges all paragraphs above as though fully rewritten herein.

40. Permobil Meditech, Inc., and/or John Does #3 through #10, designed, produced, manufactured, constructed, assembled sold, and/or substantially modified the substitute

9

Case: 2:19-cv-00671-GCS-KAJ Doc #: 1-2 Filed: 02/25/19 Page: 16 of 112 PAGEID #: 24
Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Jan 23 12:39 PM-19CV000625
0E497 - J45

wheelchair, and/or its component parts, which was provided to Brewer by Numotion and/or John Doe #1, by and through its agents and/or employees, on February 15, 2017.

41. The substitute wheelchair and/or its component parts were defective in manufacture pursuant to Ohio Revised Code 2307.74.

42. The substitute wheelchair and/or its component parts were defective in design pursuant to Ohio Revised Code 2307.75.

43. The substitute wheelchair and/or its component parts were defective by reason of or a failure by Defendants, Permobil Meditech, Inc., and/or John Does #5 through #7, to provide an adequate warning or instruction, pursuant to the provisions of Ohio Revised Code 2307.76.

44. The substitute wheelchair and/or its component parts were defective because, when it left the control of Defendants, Permobil Meditech, Inc., and/or John Does #5 through #7, they did not conform to express representations made by said Defendants, with respect to their character, quality, or safety pursuant to the provisions of Ohio Revised Code 2307.77.

45. The substitute wheelchair and/or its component parts were defectively sold and/or supplied by Defendants, John Does #8 through #10, pursuant to Ohio Revised Code 2307.78.

46. The defective substitute wheelchair and/or its component parts were a direct and proximate cause of the injuries, damages, and loss set forth herein.

47. Although the substitute wheelchair was at all times being used for its intended purpose and design, the defective nature of the substitute wheelchair and/or its component parts caused Brewer to fall from the chair and suffer significant personal injuries as set forth herein.

48. As a direct and proximate result of these Defendants' negligence, Brewer suffered those injuries and damages previously set forth in this Complaint.

10

## SIXTH CAUSE OF ACTION
### (Product Liability – Supplier)

49.     Brewer realleges all paragraphs above as though fully rewritten herein.

50.     Numotion, Permobil Meditech, Inc., John Doe #1, John Doe #3, John Doe #4, and/or John Does #8 through #10, are suppliers as defined in Ohio Revised Code 2307.71 which sold, distributed, leased, prepared, packaged, labeled or otherwise participated in placing the substitute wheelchair and/or its component parts in the stream of business and/or installed, repaired, or maintained any aspect of the substitute wheelchair.

51.     Numotion, Permobil Meditech, Inc., John Doe #1, John Doe #3, John Doe #4, and/or John Does #8 through #10, were negligent in selling, distributing, leasing, preparing, packaging, labeling, installing, repairing and/or maintaining the substitute wheelchair.

52.     Further, the substitute wheelchair and/or its component parts did not conform to representations made by Numotion, Permobil Meditech, Inc., John Doe #1, John Doe #3, John Doe #4, and/or John Does #8 through #10, at the time the product left their control.

53.     Further, Numotion, Permobil Meditech, Inc., John Doe #1, John Doe #3, John Doe #4, and/or John Does #8 through #10, are liable as manufacturers for the reasons set forth in Ohio Revised Code 2307.78(B).

54.     As a direct and proximate result of these Defendants' abovementioned actions and negligence, Brewer suffered those injuries and damages previously set forth in this Complaint.

WHEREFORE, Brewer demands judgment against the Defendants in an amount in excess of twenty-five thousand dollars ($25,000.00), but currently unspecified pursuant to Civil Rules 8(A) and 54(C), plus costs incurred in this action plus interest and attorney's fees and such other relief to which Brewer may show himself entitled.

11

0E497 - J47

Respectfully submitted,

**KISLING, NESTICO & REDICK**

Thomas J. Walsh II (0095872)
John J. Reagan (0067389)
Attorneys for Plaintiff
3412 W. Market Street
Akron, OH  44333
Ph: 330-869-9007 / Fax: 330-869-9008
Email:  twalsh@knrlegal.com
reagan@knrlegal.com

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Thomas J. Walsh II (0095872)
John J. Reagan (0067389)

Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Jan 23 12:39 PM-19CV000625

0E497 - J48

## REQUEST FOR SERVICE BY CERTIFIED MAIL

Plaintiff respectfully requests that service be made upon the following Defendants by certified mail upon the filing of this Complaint at the addresses listed in the caption:

United Seating and Mobility, L.L.C.        Permobil Meditech, Inc.

ATG-Connecticut, Inc.        Numotion

John Doe - #1        John Doe - #2

John Doe - #3        John Doe - #4

Thomas J. Walsh II (0095872)
John J. Reagan (0067389)

## REQUEST FOR ISSUANCE OF SUMMONS

Plaintiff respectfully requests that the Clerk of Courts issue summons to all John Doe Defendants listed in the caption of this Complaint. All summons issued to these John Doe defendants must include the phrase "Name Unknown" as required under Civil Rule 15(D).

Thomas J. Walsh II (0095872)
John J. Reagan (0067389)

13

Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Jan 23 12:39 PM-19CV000625

0E497 - J49

## In the Court of Common Pleas, Franklin County, Ohio, General Division

Stephen Brewer
_____,
    Plaintiff/Appellant,


vs.                                      Case No._____

United Seating & Mobility, LLC, et al._____,
            Defendant/Appellee,

### Civil Case Filing Information Summary

#### Type of Action/Case Classification:

✔ **Professional Tort (Type A)**
    ($225.00 Security Deposit Required)

✔ **Product Liability (Type B)**
    ($225.00 Security Deposit Required)

**Other Torts (Type C)**
    ($225.00 Security Deposit Required)

**Workers Compensation (Type D)**
    ($225.00 Security Deposit Required)

**Foreclosure (Type E)**
    ($350.00 Security Deposit Required)

**Administrative Appeal (Type F)**
    ($100.00 Security Deposit Required)

**All Other Civil Cases (Type H)**
    ($225.00 Security Deposit Required)

**Cognovit Confession of Judgment (H)**
    ($100.00 Security Deposit Required)

**JURY DEMAND?** _____Yes_____
($300.00 Additional Security Deposit Required)  (Yes or No)

**Total Security Deposit $** __225.00__

Is a **TEMPORARY RESTRAINING ORDER** being requested at this time? __No__
                                                                (Yes or No)

Is this a case in which **ALL** the issues presented are a result of the
defendant(s) having signed and defaulted on a **COGNOVIT NOTE?**  __No__
                                                                (Yes or No)

Is this a **FORCIBLE ENTRY AND DETAINER** case?  __No__
                                                (Yes or No)

Does this case include allegations of **CONSUMER SALES PRACTICES
ACT** violations under Chapter 1345 or any other statutory consumer
protection provision of the Ohio Revised Code?  __No__
                                                (Yes or No)

#### Refiling Information:

If this is a **REFILING** of a previously dismissed case, please complete the following:

Previous Case No. _____

Original Judge _____

_____
Attorney/Party Signature

0095872_____
Attorney Ohio Sup. Ct. Registration No.

Thomas J. Walsh, III
Attorney/Party Name (Type or Print)

330-869-9007_____
Telephone Number

3412 W. Market Street
Mailing Address

330-869-9008_____
Facsimile Number

Akron_____  OH___ 44333___
City              State   Zip Code

Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Jan 23 12:39 PM-19CV000625

0E497 - J50

# MARYELLEN O'SHAUGHNESSY

## FRANKLIN COUNTY CLERK OF COURTS
## GENERAL DIVISION, COURT OF COMMON PLEAS

CASE TITLE: STEPHEN BREWER -VS- UNITED SEATING MOBILITY LLC  CASE NUMBER: 19CV000625
ET AL

TO THE CLERK OF COURTS, YOU ARE INSTRUCTED TO MAKE:
CERTIFIED MAIL

DOCUMENTS TO BE SERVED:
COMPLAINT Request for Service & Summons

PROPOSED DOCUMENTS TO BE SERVED:

UPON:
JOHN DOE THREE
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

JOHN DOE TWO
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

JOHN DOE ONE
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

PERMOBIL MEDITECH INC
C/O COMPANY CORP
251 LITTLE FALLS DRIVE
WILMINGTON, DE  19808

NUMOTION
1111 CROMWELL AVENUE
SUITE 601
ROCKY HILL, CT  06067

ATG-CONNECTICUT INC
1111 CROMWELL AVENUE
SUITE 601

0E497 - J51

ROCKY HILL, CT 06067

UNITED SEATING MOBILITY LLC
975 HORNET DRIVE
SUITE 250
HAZELWOOD, MO 63042

JOHN DOES EIGHT THROUGH TEN
UNKNOWN
UNKNOWN, ZZ 11111

JOHN DOES FIVE THROUGH SEVEN
UNKNOWN
UNKNOWN, ZZ 11111

JOHN DOE FOUR
6171-M HUNTLEY ROAD
COLUMBUS, OH 43229-1047

JUVENILE CITATIONS ONLY:

HEARING TYPE:

_ Date already scheduled at : Courtroom:

**Electronically Requested by:** THOMAS J WALSH, III
**Attorney for:**

0E497 - J50

# MARYELLEN O'SHAUGHNESSY

## FRANKLIN COUNTY CLERK OF COURTS
## GENERAL DIVISION, COURT OF COMMON PLEAS

CASE TITLE: STEPHEN BREWER -VS- UNITED SEATING MOBILITY LLC  CASE NUMBER: 19CV000625
ET AL

TO THE CLERK OF COURTS, YOU ARE INSTRUCTED TO MAKE:
CERTIFIED MAIL

DOCUMENTS TO BE SERVED:
COMPLAINT Request for Service & Summons

PROPOSED DOCUMENTS TO BE SERVED:

UPON:
JOHN DOE THREE
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

JOHN DOE TWO
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

JOHN DOE ONE
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

PERMOBIL MEDITECH INC
C/O COMPANY CORP
251 LITTLE FALLS DRIVE
WILMINGTON, DE  19808

NUMOTION
1111 CROMWELL AVENUE
SUITE 601
ROCKY HILL, CT  06067

ATG-CONNECTICUT INC
1111 CROMWELL AVENUE
SUITE 601

Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Jan 23 12:39 PM-19CV000625

0E497 - J51

ROCKY HILL, CT  06067

UNITED SEATING MOBILITY LLC
975 HORNET DRIVE
SUITE 250
HAZELWOOD, MO  63042

JOHN DOES EIGHT THROUGH TEN
UNKNOWN
UNKNOWN, ZZ  11111

JOHN DOES FIVE THROUGH SEVEN
UNKNOWN
UNKNOWN, ZZ  11111

JOHN DOE FOUR
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

---

JUVENILE CITATIONS ONLY:

   HEARING TYPE:

   __ Date already scheduled at  :  Courtroom:

---

**Electronically Requested by:** THOMAS J WALSH, III
**Attorney for:**

0E497 - J50

# MARYELLEN O'SHAUGHNESSY

## FRANKLIN COUNTY CLERK OF COURTS
## GENERAL DIVISION, COURT OF COMMON PLEAS

CASE TITLE: STEPHEN BREWER -VS- UNITED SEATING MOBILITY LLC  CASE NUMBER: 19CV000625 ET AL

TO THE CLERK OF COURTS, YOU ARE INSTRUCTED TO MAKE:
CERTIFIED MAIL

DOCUMENTS TO BE SERVED:
COMPLAINT Request for Service & Summons

PROPOSED DOCUMENTS TO BE SERVED:

UPON:
JOHN DOE THREE
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

JOHN DOE TWO
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

JOHN DOE ONE
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

PERMOBIL MEDITECH INC
C/O COMPANY CORP
251 LITTLE FALLS DRIVE
WILMINGTON, DE  19808

NUMOTION
1111 CROMWELL AVENUE
SUITE 601
ROCKY HILL, CT  06067

ATG-CONNECTICUT INC
1111 CROMWELL AVENUE
SUITE 601

0E497 - J51

ROCKY HILL, CT 06067

UNITED SEATING MOBILITY LLC
975 HORNET DRIVE
SUITE 250
HAZELWOOD, MO 63042

JOHN DOES EIGHT THROUGH TEN
UNKNOWN
UNKNOWN, ZZ 11111

JOHN DOES FIVE THROUGH SEVEN
UNKNOWN
UNKNOWN, ZZ 11111

JOHN DOE FOUR
6171-M HUNTLEY ROAD
COLUMBUS, OH 43229-1047

---

JUVENILE CITATIONS ONLY:

    HEARING TYPE:

    __ Date already scheduled at : Courtroom:

---

**Electronically Requested by:** THOMAS J WALSH, III
**Attorney for:**

0E497 - J50

# MARYELLEN O'SHAUGHNESSY

## FRANKLIN COUNTY CLERK OF COURTS
## GENERAL DIVISION, COURT OF COMMON PLEAS

CASE TITLE: STEPHEN BREWER -VS- UNITED SEATING MOBILITY LLC   CASE NUMBER: 19CV000625
ET AL

TO THE CLERK OF COURTS, YOU ARE INSTRUCTED TO MAKE:
CERTIFIED MAIL

DOCUMENTS TO BE SERVED:
COMPLAINT Request for Service & Summons

PROPOSED DOCUMENTS TO BE SERVED:

UPON:
JOHN DOE THREE
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

JOHN DOE TWO
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

JOHN DOE ONE
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

PERMOBIL MEDITECH INC
C/O COMPANY CORP
251 LITTLE FALLS DRIVE
WILMINGTON, DE  19808

NUMOTION
1111 CROMWELL AVENUE
SUITE 601
ROCKY HILL, CT  06067

ATG-CONNECTICUT INC
1111 CROMWELL AVENUE
SUITE 601

0E497 - J51

ROCKY HILL, CT  06067

UNITED SEATING MOBILITY LLC
975 HORNET DRIVE
SUITE 250
HAZELWOOD, MO  63042

JOHN DOES EIGHT THROUGH TEN
UNKNOWN
UNKNOWN, ZZ  11111

JOHN DOES FIVE THROUGH SEVEN
UNKNOWN
UNKNOWN, ZZ  11111

JOHN DOE FOUR
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

---

JUVENILE CITATIONS ONLY:

    HEARING TYPE:

    __ Date already scheduled at  :  Courtroom:

---

**Electronically Requested by:**  THOMAS J WALSH, III
**Attorney for:**

0E497 - J50

# MARYELLEN O'SHAUGHNESSY

## FRANKLIN COUNTY CLERK OF COURTS
## GENERAL DIVISION, COURT OF COMMON PLEAS

CASE TITLE: STEPHEN BREWER -VS- UNITED SEATING MOBILITY LLC  CASE NUMBER: 19CV000625
ET AL


TO THE CLERK OF COURTS, YOU ARE INSTRUCTED TO MAKE:
CERTIFIED MAIL

DOCUMENTS TO BE SERVED:
COMPLAINT Request for Service & Summons

PROPOSED DOCUMENTS TO BE SERVED:

UPON:
JOHN DOE THREE
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

JOHN DOE TWO
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

JOHN DOE ONE
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

PERMOBIL MEDITECH INC
C/O COMPANY CORP
251 LITTLE FALLS DRIVE
WILMINGTON, DE  19808

NUMOTION
1111 CROMWELL AVENUE
SUITE 601
ROCKY HILL, CT  06067

ATG-CONNECTICUT INC
1111 CROMWELL AVENUE
SUITE 601

OE497 - J51

ROCKY HILL, CT  06067

UNITED SEATING MOBILITY LLC
975 HORNET DRIVE
SUITE 250
HAZELWOOD, MO  63042

JOHN DOES EIGHT THROUGH TEN
UNKNOWN
UNKNOWN, ZZ  11111

JOHN DOES FIVE THROUGH SEVEN
UNKNOWN
UNKNOWN, ZZ  11111

JOHN DOE FOUR
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

---

JUVENILE CITATIONS ONLY:

   HEARING TYPE:

   __ Date already scheduled at  :  Courtroom:

---

**Electronically Requested by:** THOMAS J WALSH, III
**Attorney for:**

0E497 - J50

# MARYELLEN O'SHAUGHNESSY

## FRANKLIN COUNTY CLERK OF COURTS
## GENERAL DIVISION, COURT OF COMMON PLEAS

CASE TITLE: STEPHEN BREWER -VS- UNITED SEATING MOBILITY LLC  CASE NUMBER: 19CV000625
ET AL

TO THE CLERK OF COURTS, YOU ARE INSTRUCTED TO MAKE:
CERTIFIED MAIL

DOCUMENTS TO BE SERVED:
COMPLAINT Request for Service & Summons

PROPOSED DOCUMENTS TO BE SERVED:

UPON:
JOHN DOE THREE
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

JOHN DOE TWO
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

JOHN DOE ONE
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

PERMOBIL MEDITECH INC
C/O COMPANY CORP
251 LITTLE FALLS DRIVE
WILMINGTON, DE  19808

NUMOTION
1111 CROMWELL AVENUE
SUITE 601
ROCKY HILL, CT  06067

ATG-CONNECTICUT INC
1111 CROMWELL AVENUE
SUITE 601

0E497 - J51

ROCKY HILL, CT  06067

UNITED SEATING MOBILITY LLC
975 HORNET DRIVE
SUITE 250
HAZELWOOD, MO  63042

JOHN DOES EIGHT THROUGH TEN
UNKNOWN
UNKNOWN, ZZ  11111

JOHN DOES FIVE THROUGH SEVEN
UNKNOWN
UNKNOWN, ZZ  11111

JOHN DOE FOUR
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

---

JUVENILE CITATIONS ONLY:

    HEARING TYPE:

    __ Date already scheduled at  :  Courtroom:

---

**Electronically Requested by:** THOMAS J WALSH, III
**Attorney for:**

0E497 - J50

# MARYELLEN O'SHAUGHNESSY

## FRANKLIN COUNTY CLERK OF COURTS
## GENERAL DIVISION, COURT OF COMMON PLEAS

CASE TITLE: STEPHEN BREWER -VS- UNITED SEATING MOBILITY LLC  CASE NUMBER: 19CV000625
ET AL

TO THE CLERK OF COURTS, YOU ARE INSTRUCTED TO MAKE:
CERTIFIED MAIL

DOCUMENTS TO BE SERVED:
COMPLAINT Request for Service & Summons

PROPOSED DOCUMENTS TO BE SERVED:

UPON:
JOHN DOE THREE
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

JOHN DOE TWO
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

JOHN DOE ONE
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

PERMOBIL MEDITECH INC
C/O COMPANY CORP
251 LITTLE FALLS DRIVE
WILMINGTON, DE  19808

NUMOTION
1111 CROMWELL AVENUE
SUITE 601
ROCKY HILL, CT  06067

ATG-CONNECTICUT INC
1111 CROMWELL AVENUE
SUITE 601

0E497 - J51

ROCKY HILL, CT  06067

UNITED SEATING MOBILITY LLC
975 HORNET DRIVE
SUITE 250
HAZELWOOD, MO  63042

JOHN DOES EIGHT THROUGH TEN
UNKNOWN
UNKNOWN, ZZ  11111

JOHN DOES FIVE THROUGH SEVEN
UNKNOWN
UNKNOWN, ZZ  11111

JOHN DOE FOUR
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

| JUVENILE CITATIONS ONLY: |
| HEARING TYPE: |
| __ Date already scheduled at  :  Courtroom: |

**Electronically Requested by:** THOMAS J WALSH, III
**Attorney for:**

0E497 - J50

### MARYELLEN O'SHAUGHNESSY

### FRANKLIN COUNTY CLERK OF COURTS
### GENERAL DIVISION, COURT OF COMMON PLEAS

CASE TITLE: STEPHEN BREWER -VS- UNITED SEATING MOBILITY LLC  CASE NUMBER: 19CV000625
ET AL

TO THE CLERK OF COURTS, YOU ARE INSTRUCTED TO MAKE:
CERTIFIED MAIL

DOCUMENTS TO BE SERVED:
COMPLAINT Request for Service & Summons

PROPOSED DOCUMENTS TO BE SERVED:

UPON:
JOHN DOE THREE
6171-M HUNTLEY ROAD
COLUMBUS, OH 43229-1047

JOHN DOE TWO
6171-M HUNTLEY ROAD
COLUMBUS, OH 43229-1047

JOHN DOE ONE
6171-M HUNTLEY ROAD
COLUMBUS, OH 43229-1047

PERMOBIL MEDITECH INC
C/O COMPANY CORP
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

NUMOTION
1111 CROMWELL AVENUE
SUITE 601
ROCKY HILL, CT 06067

ATG-CONNECTICUT INC
1111 CROMWELL AVENUE
SUITE 601

0E497 - J51

ROCKY HILL, CT  06067

UNITED SEATING MOBILITY LLC
975 HORNET DRIVE
SUITE 250
HAZELWOOD, MO  63042

JOHN DOES EIGHT THROUGH TEN
UNKNOWN
UNKNOWN, ZZ  11111

JOHN DOES FIVE THROUGH SEVEN
UNKNOWN
UNKNOWN, ZZ  11111

JOHN DOE FOUR
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

```
┌─────────────────────────────────────────────────────────────────────┐
│  JUVENILE CITATIONS ONLY:                                             │
│                                                                       │
│      HEARING TYPE:                                                    │
│                                                                       │
│      __ Date already scheduled at  :  Courtroom:                      │
│                                                                       │
└─────────────────────────────────────────────────────────────────────┘
```

**Electronically Requested by:** THOMAS J WALSH, III
**Attorney for:**

Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Jan 23 12:39 PM-19CV000625

0E497 - J50

## MARYELLEN O'SHAUGHNESSY

### FRANKLIN COUNTY CLERK OF COURTS
### GENERAL DIVISION, COURT OF COMMON PLEAS

CASE TITLE:  STEPHEN BREWER -VS- UNITED SEATING MOBILITY LLC  CASE NUMBER: 19CV000625 ET AL

TO THE CLERK OF COURTS, YOU ARE INSTRUCTED TO MAKE:
CERTIFIED MAIL

DOCUMENTS TO BE SERVED:
COMPLAINT Request for Service & Summons

PROPOSED DOCUMENTS TO BE SERVED:

UPON:
JOHN DOE THREE
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

JOHN DOE TWO
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

JOHN DOE ONE
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

PERMOBIL MEDITECH INC
C/O COMPANY CORP
251 LITTLE FALLS DRIVE
WILMINGTON, DE  19808

NUMOTION
1111 CROMWELL AVENUE
SUITE 601
ROCKY HILL, CT  06067

ATG-CONNECTICUT INC
1111 CROMWELL AVENUE
SUITE 601

0E497 - J51

ROCKY HILL, CT 06067

UNITED SEATING MOBILITY LLC
975 HORNET DRIVE
SUITE 250
HAZELWOOD, MO 63042

JOHN DOES EIGHT THROUGH TEN
UNKNOWN
UNKNOWN, ZZ 11111

JOHN DOES FIVE THROUGH SEVEN
UNKNOWN
UNKNOWN, ZZ 11111

JOHN DOE FOUR
6171-M HUNTLEY ROAD
COLUMBUS, OH 43229-1047

---

JUVENILE CITATIONS ONLY:

    HEARING TYPE:

    __ Date already scheduled at : Courtroom:

---

**Electronically Requested by:** THOMAS J WALSH, III
**Attorney for:**

Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Jan 23 12:39 PM-19CV000625

0E497 - J50

## MARYELLEN O'SHAUGHNESSY

## FRANKLIN COUNTY CLERK OF COURTS
## GENERAL DIVISION, COURT OF COMMON PLEAS

CASE TITLE: STEPHEN BREWER -VS- UNITED SEATING MOBILITY LLC  CASE NUMBER: 19CV000625
ET AL

TO THE CLERK OF COURTS, YOU ARE INSTRUCTED TO MAKE:
CERTIFIED MAIL

DOCUMENTS TO BE SERVED:
COMPLAINT Request for Service & Summons

PROPOSED DOCUMENTS TO BE SERVED:

UPON:
JOHN DOE THREE
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

JOHN DOE TWO
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

JOHN DOE ONE
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

PERMOBIL MEDITECH INC
C/O COMPANY CORP
251 LITTLE FALLS DRIVE
WILMINGTON, DE  19808

NUMOTION
1111 CROMWELL AVENUE
SUITE 601
ROCKY HILL, CT  06067

ATG-CONNECTICUT INC
1111 CROMWELL AVENUE
SUITE 601

Franklin County Ohio Clerk of Courts of the Common Pleas- 2019 Jan 23 12:39 PM-19CV000625

0E497 - J51

ROCKY HILL, CT  06067

UNITED SEATING MOBILITY LLC
975 HORNET DRIVE
SUITE 250
HAZELWOOD, MO  63042

JOHN DOES EIGHT THROUGH TEN
UNKNOWN
UNKNOWN, ZZ  11111

JOHN DOES FIVE THROUGH SEVEN
UNKNOWN
UNKNOWN, ZZ  11111

JOHN DOE FOUR
6171-M HUNTLEY ROAD
COLUMBUS, OH  43229-1047

---

JUVENILE CITATIONS ONLY:

    HEARING TYPE:

    __ Date already scheduled at  : Courtroom:

---

**Electronically Requested by:**  THOMAS J WALSH, III
**Attorney for:**

E3003 - A42



MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

STEPHEN BREWER
7308 CAY DRIVE
PORT RICHEY, FL 34668,

        PLAINTIFF,

        VS.

UNITED SEATING MOBILITY LLC
975 HORNET DRIVE
SUITE 250
HAZELWOOD, MO 63042,

        DEFENDANT.

19CV-01-625

CASE NUMBER

01/23/19

**** SUMMONS ****

TO THE FOLLOWING NAMED DEFENDANT:
    JOHN DOES EIGHT THROUGH TEN
    UNKNOWN
    UNKNOWN, ZZ 11111

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:    STEPHEN BREWER
        7308 CAY DRIVE
        PORT RICHEY, FL 34668,

                            PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
    JOHN J. REAGAN
    KISLING, NESTICO & RIDICK
    3200 W. MARKET STREET
    SUITE 300
    AKRON, OH 44333-1093

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY: MARIA J. BELAK, DEPUTY CLERK

                                    (CIV370-S03)

E3003 — A43



MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

STEPHEN BREWER
7308 CAY DRIVE
PORT RICHEY, FL 34668,

                    PLAINTIFF,
        VS.
UNITED SEATING MOBILITY LLC
975 HORNET DRIVE
SUITE 250
HAZELWOOD, MO 63042,

                    DEFENDANT.

19CV-01-625

CASE NUMBER

**** SUMMONS ****                           01/23/19

TO THE FOLLOWING NAMED DEFENDANT:
        JOHN DOES FIVE THROUGH SEVEN
        UNKNOWN
        UNKNOWN, ZZ 11111


YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:     STEPHEN BREWER
        7308 CAY DRIVE
        PORT RICHEY, FL 34668,

                                            PLAINTIFF(S).


A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
        JOHN J. REAGAN
        KISLING, NESTICO & RIDICK
        3200 W. MARKET STREET
        SUITE 300
        AKRON, OH 44333-1093

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY: MARIA J. BELAK, DEPUTY CLERK

                                            (CIV370-S03)

E3003 - A44



MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

STEPHEN BREWER
7308 CAY DRIVE
PORT RICHEY, FL 34668,

           PLAINTIFF,

          VS.

UNITED SEATING MOBILITY LLC
975 HORNET DRIVE
SUITE 250
HAZELWOOD, MO 63042,

          DEFENDANT.

19CV-01-625

CASE NUMBER

**** SUMMONS ****         01/23/19

TO THE FOLLOWING NAMED DEFENDANT:
    JOHN DOE FOUR
    6171-M HUNTLEY ROAD
    COLUMBUS, OH 43229-1047

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:     STEPHEN BREWER
       7308 CAY DRIVE
       PORT RICHEY, FL 34668,

                                PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
     JOHN J. REAGAN
     KISLING, NESTICO & RIDICK
     3200 W. MARKET STREET
     SUITE 300
     AKRON, OH 44333-1093

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY: MARIA J. BELAK, DEPUTY CLERK

                                         (CIV370-S03)

E3003 - A45



MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

STEPHEN BREWER
7308 CAY DRIVE
PORT RICHEY, FL 34668,

        PLAINTIFF,
      VS.

UNITED SEATING MOBILITY LLC
975 HORNET DRIVE
SUITE 250
HAZELWOOD, MO 63042,

      DEFENDANT.

19CV-01-625

CASE NUMBER

**** SUMMONS ****          01/23/19

TO THE FOLLOWING NAMED DEFENDANT:
    JOHN DOE THREE
    6171-M HUNTLEY ROAD
    COLUMBUS, OH 43229-1047

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:   STEPHEN BREWER
     7308 CAY DRIVE
     PORT RICHEY, FL 34668,

                                   PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
    JOHN J. REAGAN
    KISLING, NESTICO & RIDICK
    3200 W. MARKET STREET
    SUITE 300
    AKRON, OH 44333-1093

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY: MARIA J. BELAK, DEPUTY CLERK

(CIV370-S03)

E3003 - A46



MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

STEPHEN BREWER
7308 CAY DRIVE
PORT RICHEY, FL 34668,

            PLAINTIFF,          19CV-01-625
        VS.                      CASE NUMBER
UNITED SEATING MOBILITY LLC
975 HORNET DRIVE
SUITE 250
HAZELWOOD, MO 63042,

            DEFENDANT.

        **** SUMMONS ****          01/23/19

TO THE FOLLOWING NAMED DEFENDANT:
        JOHN DOE TWO
        6171-M HUNTLEY ROAD
        COLUMBUS, OH 43229-1047


YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:     STEPHEN BREWER
        7308 CAY DRIVE
        PORT RICHEY, FL 34668,

                                        PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
        JOHN J. REAGAN
        KISLING, NESTICO & RIDICK
        3200 W. MARKET STREET
        SUITE 300
        AKRON, OH 44333-1093

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY: MARIA J. BELAK, DEPUTY CLERK

                                        (CIV370-S03)

E3003 - A47



MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

STEPHEN BREWER
7308 CAY DRIVE
PORT RICHEY, FL 34668,

                    PLAINTIFF,             19CV-01-625
              VS.                          CASE NUMBER
UNITED SEATING MOBILITY LLC
975 HORNET DRIVE
SUITE 250
HAZELWOOD, MO 63042,

                    DEFENDANT.

                    **** SUMMONS ****          01/23/09

TO THE FOLLOWING NAMED DEFENDANT:
       JOHN DOE ONE
       6171-M HUNTLEY ROAD
       COLUMBUS, OH 43229-1047


YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:    STEPHEN BREWER
       7308 CAY DRIVE
       PORT RICHEY, FL 34668,

                                               PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
       JOHN J. REAGAN
       KISLING, NESTICO & RIDICK
       3200 W. MARKET STREET
       SUITE 300
       AKRON, OH 44333-1093

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY: MARIA J. BELAK, DEPUTY CLERK

                                               (CIV370-S03)

E3003 - A48



MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

STEPHEN BREWER
7308 CAY DRIVE
PORT RICHEY, FL 34668,

        PLAINTIFF,
    VS.
UNITED SEATING MOBILITY LLC
975 HORNET DRIVE
SUITE 250
HAZELWOOD, MO 63042,

        DEFENDANT.

19CV-01-625
CASE NUMBER

**** SUMMONS ****          01/23/19

TO THE FOLLOWING NAMED DEFENDANT:
        PERMOBIL MEDITECH INC
        C/O COMPANY CORP
        251 LITTLE FALLS DRIVE
        WILMINGTON, DE 19808

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:     STEPHEN BREWER
        7308 CAY DRIVE
        PORT RICHEY, FL 34668,

                                        PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
        JOHN J. REAGAN
        KISLING, NESTICO & RIDICK
        3200 W. MARKET STREET
        SUITE 300
        AKRON, OH 44333-1093

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY: MARIA J. BELAK, DEPUTY CLERK

                                        (CIV370-S03)

E3003 - A49



MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

STEPHEN BREWER
7308 CAY DRIVE
PORT RICHEY, FL 34668,

                    PLAINTIFF,
          VS.
UNITED SEATING MOBILITY LLC
975 HORNET DRIVE
SUITE 250
HAZELWOOD, MO 63042,

                    DEFENDANT.

19CV-01-625

CASE NUMBER

01/23/19

**** SUMMONS ****

TO THE FOLLOWING NAMED DEFENDANT:
          NUMOTION
          1111 CROMWELL AVENUE
          SUITE 601
          ROCKY HILL, CT 06067

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:    STEPHEN BREWER
       7308 CAY DRIVE
       PORT RICHEY, FL 34668,

                                        PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
          JOHN J. REAGAN
          KISLING, NESTICO & RIDICK
          3200 W. MARKET STREET
          SUITE 300
          AKRON, OH 44333-1093

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY: MARIA J. BELAK, DEPUTY CLERK

(CIV370-S03)

E8003 - A50



MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

STEPHEN BREWER
7308 CAY DRIVE
PORT RICHEY, FL 34668,

PLAINTIFF,

VS.

UNITED SEATING MOBILITY LLC
975 HORNET DRIVE
SUITE 250
HAZELWOOD, MO 63042,

DEFENDANT.

19CV-01-625

CASE NUMBER

**** SUMMONS ****          01/23/19

TO THE FOLLOWING NAMED DEFENDANT:
        ATG-CONNECTICUT INC
        1111 CROMWELL AVENUE
        SUITE 601
        ROCKY HILL, CT 06067

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:     STEPHEN BREWER
        7308 CAY DRIVE
        PORT RICHEY, FL 34668,

                                        PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
        JOHN J. REAGAN
        KISLING, NESTICO & RIDICK
        3200 W. MARKET STREET
        SUITE 300
        AKRON, OH 44333-1093

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY: MARIA J. BELAK, DEPUTY CLERK

                                        (CIV370-S03)

E8003 - A51



MARYELLEN O'SHAUGHNESSY
CLERK OF THE FRANKLIN COUNTY COMMON PLEAS COURT, COLUMBUS, OHIO 43215
CIVIL DIVISION

STEPHEN BREWER
7308 CAY DRIVE
PORT RICHEY, FL 34668,

PLAINTIFF,

VS.

UNITED SEATING MOBILITY LLC
975 HORNET DRIVE
SUITE 250
HAZELWOOD, MO 63042,

DEFENDANT.

19CV-01-625

CASE NUMBER

**** SUMMONS ****          01/23/

TO THE FOLLOWING NAMED DEFENDANT:
        UNITED SEATING MOBILITY LLC
        975 HORNET DRIVE
        SUITE 250
        HAZELWOOD, MO 63042

YOU HAVE BEEN NAMED DEFENDANT IN A COMPLAINT FILED IN FRANKLIN COUNTY
COURT OF COMMON PLEAS, FRANKLIN COUNTY HALL OF JUSTICE, COLUMBUS, OHIO,
BY:     STEPHEN BREWER
        7308 CAY DRIVE
        PORT RICHEY, FL 34668,

                                        PLAINTIFF(S).

A COPY OF THE COMPLAINT IS ATTACHED HERETO. THE NAME AND ADDRESS OF
THE PLAINTIFF'S ATTORNEY IS:
        JOHN J. REAGAN
        KISLING, NESTICO & RIDICK
        3200 W. MARKET STREET
        SUITE 300
        AKRON, OH 44333-1093

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON THE PLAINTIFF'S
ATTORNEY, OR UPON THE PLAINTIFF, IF HE HAS NO ATTORNEY OF RECORD, A COPY
OF AN ANSWER TO THE COMPLAINT WITHIN TWENTY-EIGHT DAYS AFTER THE SERVICE
OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. YOUR ANSWER
MUST BE FILED WITH THE COURT WITHIN THREE DAYS AFTER THE SERVICE OF A
COPY OF THE ANSWER ON THE PLAINTIFF'S ATTORNEY.

IF YOU FAIL TO APPEAR AND DEFEND, JUDGMENT BY DEFAULT WILL BE RENDERED
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

MARYELLEN O'SHAUGHNESSY
CLERK OF THE COMMON PLEAS
FRANKLIN COUNTY, OHIO

BY: MARIA J. BELAK, DEPUTY CLERK

(CIV370-S03)

E3003 - B84

FROM

MARYELLEN O'SHAUGHNESSY
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579

C E R T I F I E D
M A I L
R E C E I P T

01/23/19

CLERK OF COURTS

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2019 JAN 24 PM 1:34

UNITED SEATING MOBILI
975 HORNET DRIVE
SUITE 250
HAZELWOOD, MO
                63042

19CV-01-625    C

STEPHEN BREWER
      VS
UNITED SEATING MOBILI

SERVICE ITEM: 01
  ORIGINAL SUMMONS

CERTIFIED
NUMBER

9214890119 522805598295

CIV3S4

E3003 - B85

FROM

MARYELLEN O'SHAUGHNESSY
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579

C E R T I F I E D
M A I L
R E C E I P T

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2019 JAN 24 PM 1:34
CLERK OF COURTS

01/23/19

ATG-CONNECTICUT INC
1111 CROMWELL AVENUE
SUITE 601
ROCKY HILL, CT
        06067

19CV-01-628      C

STEPHEN BREWER
        VS
UNITED SEATING MOBILI

SERVICE ITEM: 01
  ORIGINAL SUMMONS

   CERTIFIED
   NUMBER


9214890119 522805598288


CIV354

E3003 - B86

FROM

MARYELLEN O'SHAUGHNESSY
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579

C E R T I F I E D
M A I L
R E C E I P T

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2019 JAN 24 PM 1:34
CLERK OF COURTS

01/23/19

NUMOTION
1111 CROMWELL AVENUE
SUITE 601
ROCKY HILL, CT
        06067

19CV-01-625    C

STEPHEN BREWER
        VS
UNITED SEATING MOBILI

SERVICE ITEM: 01
   ORIGINAL SUMMONS

CERTIFIED
NUMBER

9214890119 522805598271

CIV354

E3003 - B87

FROM

## MARYELLEN O'SHAUGHNESSY
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579


C E R T I F I E D
M A I L
R E C E I P T

01/23/19


PERMOBIL MEDITECH INC
C/O COMPANY CORP
251 LITTLE FALLS DRIV
WILMINGTON, DE
          19808


19CV-01-625      C

STEPHEN BREWER
      VS
UNITED SEATING MOBILI


SERVICE ITEM: 01
  ORIGINAL SUMMONS

      CERTIFIED
      NUMBER


9214890119 522805598264


CIV354

E3003 - B88

FROM

MARYELLEN O'SHAUGHNESSY
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579

C E R T I F I E D
M A I L
R E C E I P T

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2019 JAN 24 PM 1:34
CLERK OF COURTS

01/23/19

JOHN DOE ONE
6171-M HUNTLEY ROAD
COLUMBUS, OH
          43229-1047

19CV-01-625    C

STEPHEN BREWER
      VS
UNITED SEATING MOBILI

SERVICE ITEM: 01
  ORIGINAL SUMMONS

    CERTIFIED
    NUMBER

9214890119 522805598257

CIV354

E3003 – B89

FROM

**MARYELLEN O'SHAUGHNESSY**
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579

C E R T I F I E D
M A I L
R E C E I P T

01/23/19

JOHN DOE TWO
6171-M HUNTLEY ROAD
COLUMBUS, OH
          43229-1047

19CV-01-625    C

STEPHEN BREWER
        VS
UNITED SEATING MOBILI

SERVICE ITEM: 01
   ORIGINAL SUMMONS

    CERTIFIED
    NUMBER

9214890119 522805598240

CIV354

E3003 - B90

FROM

MARYELLEN O'SHAUGHNESSY
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579

C E R T I F I E D
M A I L
R E C E I P T

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2019 JAN 24 PM 1:34
CLERK OF COURTS

01/23/19

JOHN DOE THREE
6171-M HUNTLEY ROAD
COLUMBUS, OH
          43229-1047

19CV-01-625     C

STEPHEN BREWER
        VS
UNITED SEATING MOBILI

SERVICE ITEM: 01
  ORIGINAL SUMMONS

CERTIFIED
NUMBER

9214890119 522805598233

CIV354

E3003 - B91

FROM

**MARYELLEN O'SHAUGHNESSY**
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579

C E R T I F I E D
M A I L
R E C E I P T

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2019 JAN 24  PM 1:34
CLERK OF COURTS

01/23/19

JOHN DOE FOUR
6171-M HUNTLEY ROAD
COLUMBUS, OH
        43229-1047

19CV-01-625    C

STEPHEN BREWER
        VS
UNITED SEATING MOBILI

SERVICE ITEM: 01
  ORIGINAL SUMMONS

CERTIFIED
NUMBER

9214890119 522805598226

CIV354

E3003 - B92

FROM

**MARYELLEN O'SHAUGHNESSY**
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579

C E R T I F I E D
M A I L
R E C E I P T

01/23/19

*FILED*
*COMMON PLEAS COURT*
*FRANKLIN CO. OHIO*
*2019 JAN 24 PM 1:34*
*CLERK OF COURTS*

JOHN DOES FIVE THROUG
UNKNOWN
UNKNOWN, ZZ
          11111

19CV-01-625      C

STEPHEN BREWER
        VS
UNITED SEATING MOBILI

SERVICE ITEM: 01
    ORIGINAL SUMMONS

       CERTIFIED
       NUMBER

9214890119 522805598219

CIV354

E3003 – B93

FROM

## MARYELLEN O'SHAUGHNESSY
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579

C E R T I F I E D
M A I L
R E C E I P T

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2019 JAN 24  PM 1:34
CLERK OF COURTS

01/23/19

JOHN DOES EIGHT THROU
UNKNOWN
UNKNOWN, ZZ
          11111

19CV-01-625      C

STEPHEN BREWER
       VS
UNITED SEATING MOBILI

SERVICE ITEM: 01
   ORIGINAL SUMMONS

   CERTIFIED
   NUMBER

9214890119 522805598202

CIV354

US POSTAGE PITNEY BOWES

ZIP 43215 $ 005.95⁰
02 4W
0000361056 JAN. 24. 2019.

CERTIFIED MAIL

USPS CERTIFIED MAIL

9214 8901 1952 2805 5982 02

E3007 - L44

MARYELLEN O'SHAUGHNESSY
FRANKLIN COUNTY CLERK OF COURTS
373 SOUTH HIGH STREET
COLUMBUS, OHIO 43215-4579

19CV-01-625       C    ADDR: 1
67389        JOHN J. REAGAN

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO
2019 JAN 30 AM 8:23
CLERK OF COURTS

FORWARDING SERVICE REQUESTED

BREWE
JOHN DOES EIGHT THROUGH T
UNKNOWN
UNKNOWN, ZZ    11111

INSUFFICIENT ADDRESS







**UNITED STATES**
E300 **POSTAL SERVICE.**

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO

2019 FEB -5 PM 2: 15

CLERK OF COURTS

Date Produced: 02/04/2019

COC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1952 2805 5982 26. Our records indicate that this item was delivered on 02/01/2019 at 01:50 p.m. in COLUMBUS, OH 43229. The scanned image of the recipient information is provided below.

Signature of Recipient :

Solita Zmudzinski

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:    4322919CV00625BREWE



**UNITED STATES POSTAL SERVICE.**

E300

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO

2019 FEB -5 PM 2: 15

CLERK OF COURTS

Date Produced: 02/04/2019

COC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1952 2805 5982 33. Our records indicate that this item was delivered on 02/01/2019 at 01:50 p.m. in COLUMBUS, OH 43229. The scanned image of the recipient information is provided below.

Signature of Recipient :

Signature
X _____

Printed
Name    Solita Zmudzinski

Address of Recipient :

Delivery
Address _____

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:    4322919CV00625BREWE



E300 **UNITED STATES POSTAL SERVICE.**

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO

2019 FEB -5 PM 2: 15

CLERK OF COURTS

Date Produced: 02/04/2019

COC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1952 2805 5982 40. Our records indicate that this item was delivered on 02/01/2019 at 01:50 p.m. in COLUMBUS, OH 43229. The scanned image of the recipient information is provided below.

Signature of Recipient :

Solita Zmudzinski

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:  4322919CV00625BREWE



E3007 V4

**UNITED STATES**
**POSTAL SERVICE**

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO

2019 FEB -5 PM 2: 15

CLERK OF COURTS

Date Produced: 02/04/2019

COC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1952 2805 5982 57. Our records indicate that this item was delivered on 02/01/2019 at 01:50 p.m. in COLUMBUS, OH 43229. The scanned image of the recipient information is provided below.

Signature of Recipient :

Solita Zmudzinski

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:          4322919CV00625BREWE



E300

**UNITED STATES**
**POSTAL SERVICE.**

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO

2019 FEB -5  PM 2: 15

CLERK OF COURTS

Date Produced: 02/04/2019

COC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1952 2805 5982 64. Our records indicate that this item was delivered on 01/28/2019 at 01:35 p.m. in WILMINGTON, DE 19808. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:        1980819CV00625BREWE



E300

**UNITED STATES**
**POSTAL SERVICE.**

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO

2019 FEB -5 PM 2: 15

CLERK OF COURTS

Date Produced: 02/04/2019

COC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1952 2805 5982 71. Our records indicate that this item was delivered on 01/30/2019 at 12:50 p.m. in ROCKY HILL, CT 06067. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number :     0606719CV00625BREWE



E300

**UNITED STATES**
**POSTAL SERVICE.**

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO

2019 FEB -5 PM 2: 15

CLERK OF COURTS

Date Produced: 02/04/2019

COC:

The following is the delivery.information for Certified Mail™/RRE item number 9214 8901 1952 2805 5982 88. Our records indicate that this item was delivered on 01/30/2019 at 12:50 p.m. in ROCKY HILL, CT 06067. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:          0606719CV00625BREWE



E3007 **UNITED STATES POSTAL SERVICE.**

FILED
COMMON PLEAS COURT
FRANKLIN CO. OHIO

2019 FEB -5 PM 2: 15

CLERK OF COURTS

Date Produced: 02/04/2019

COC:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1952 2805 5982 95. Our records indicate that this item was delivered on 01/28/2019 at 12:51 p.m. in HAZELWOOD, MO 63042. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:          6304219CV00625BREWE