# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**STEPHEN BREWER,**

        **Plaintiff**,

  v.

**UNITED SEATING AND MOBILITY L.L.C. d/b/a NUMOTION, et. al.,**

        **Defendants**

Civil Action No. _____

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for United Seating and Mobility, LLC d/b/a Numotion ("Numotion") in the above-captioned action certifies for itself that the general nature and purpose of the foregoing entity is medical device sales.

Numotion is a Missouri limited liability company with its principal place of business in Tennessee. It is wholly owned by NMN Holdings III., Corp., which is a Delaware corporation with its principal place of business in Tennessee. NMN Holdings III., Corp. is privately owned and is not the parent, subsidiary, or affiliate of any publicly traded company.

Respectfully submitted this 25th day of February, 2019,

        /s/ *Stephanie M. Chmiel*
        Anthony C. White    (0062146)
        Stephanie M. Chmiel  (008755)
        Thompson Hine LLP
        41 South High Street, Suite 1700
        Columbus, Ohio 43215

Phone: (614) 469-3200
Fax: (614) 469-3361
Tony.White@ThompsonHine.com
Stephanie.Chmiel@ThompsonHine.com

*Attorneys for United Seating & Mobility, L.L.C. d/b/a Numotion*

4843-7226-1257.2